1016

COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. MARLEN REALTY COMPANY.

No. 13200.

Circuit Court of Appeals, Eighth Circuit.

Nov. 15, 1945.

Samuel O. Clark, Jr., Asst. Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

Harry Gustafson, of Minneapolis, Minn., for respondent.

PER CURIAM.

Petition for review docketed and dismissed, on motion of petitioner and consent of respondent.

COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. Elizabeth N. SAGER.

No. 13201.

Circuit Court of Appeals, Eighth Circuit.

Nov. 15, 1945.

Samuel O. Clark, Jr., Asst. Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

Harry Gustafson, of Minneapolis, Minn., for respondent.

PER CURIAM.

Petition for review docketed and dismissed, on motion of petitioner and consent of respondent.

COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. Carl E. SAGER.

No. 13202.

Circuit Court of Appeals, Eighth Circuit.

Nov. 15, 1945.

Samuel O. Clark, Jr., Asst. Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

Harry Gustafson, of Minneapolis, Minn., for respondent.

PER CURIAM.

Petition for review docketed and dismissed, on motion of petitioner and consent of respondent.

COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. J. L. WASHBURN ESTATE, Incorporated.

No. 13184.

Circuit Court of Appeals, Eighth Circuit.

Nov. 5, 1945.

Samuel O. Clark, Jr., Asst. Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

John E. Hughes, of Chicago, Ill., for respondent.

PER CURIAM.

Petition for review docketed and dismissed, on motion of petitioner and consent of respondent.